UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELLA, ET AL | : : : : : | NO.: 3:16-cv-00534-RNC |
| v. | : : | |
| TOWN OF REDDING, ET AL, | : | AUGUST 19, 2016 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

**1.   STATUS OF DISCOVERY**

Discovery is ongoing.  Both parties have exchanged interrogatories and requests for production. No depositions have been noticed at this time.

**2.   ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY**

The parties are in the process of responding to discovery requests.

**3.   AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED**

The deadline to amend the pleadings was July 1, 2016.  An Amended Answer was filed on May 26, 2016 (Doc. #29).  The parties do not foresee any need to further amend the pleadings.

The Defendants plan to request a prefiling conference before the deadline of December 1, 2017 to seek the Court's permission to file their motion for summary judgment.

4. **FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**

The parties wish to complete discovery before having a settlement conference. The parties are currently scheduled for a telephonic status conference on November 29, 2016 at 3:30 p.m. before the Honorable Judge Robert N. Chatigny.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| PLAINTIFFS,<br>ESTATE OF GUGSA ABRAHAM DABELA, deceased and ABRAHAM DABELA for the estate of Gugsa | DEFENDANTS,<br>TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA, and MICHAEL LIVINGSTON, Individually and in their Official capacities |
| BY  /s/ Solomon M. Radner<br>     Solomon M. Radner (phv08140)<br><br>     Excolo Law, PLLC<br>     26700 Lahser Road, Suite 401<br>     Southfield, MI 48033<br>     (248) 291-9719<br>     (248) 436-6858 fax<br>     sradner@excololaw.com | BY  /s/ Thomas R. Gerarde<br>     Thomas R. Gerarde (ct05640)<br><br>     Howd & Ludorf, LLC<br>     65 Wethersfield Avenue<br>     Hartford, CT  06114-1190<br>     (860) 249-1361<br>     (860) 249-7665 fax<br>     tgerarde@hl-law.com |
| BY  /s/ Felice M. Duffy<br>     Felice M. Duffy (ct21379)<br><br>     Duffy Law, LLC<br>     770 Chapel Street, Suite 4F<br>     New Haven, CT 06510<br>     (203) 946-2000<br>     (203) 907-1383 fax<br>     felice@duffylawct.com | BY  /s/ Michael N. LaVelle<br>     Michael N. LaVelle (ct06170)<br><br>     Pullman & Comley, LLC<br>     850 Main Street<br>     Bridgeport, CT 06604<br>     (203) 330-2112<br>     (203) 576-8888 fax<br>     mlavelle@pullcom.com |