UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELLA, ET AL | : : : : : | NO.: 3:16-cv-00534-RNC |
| v. | : : | |
| TOWN OF REDDING, ET AL, | : | NOVEMBER 18, 2016 |

### JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

**1. STATUS OF DISCOVERY**

Discovery is ongoing. Both parties have exchanged interrogatories and requests for production, and the defendants have complied. Plaintiffs have objected and are in the process of providing their responses. No depositions have been noticed at this time.

**2. ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY**

At this time, plaintiffs have filed blanket objections to the defendants' discovery requests; it is not yet clear what responses, if any, will be provided. Therefore, defendants cannot state whether or not they foresee any discovery issues.

**3. AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED**

The deadline to amend the pleadings was July 1, 2016. An Amended Answer was filed on May 26, 2016 (Doc. #29). The parties do not foresee any need to further amend the pleadings.

The Defendants plan to request a prefiling conference before the deadline of December 1, 2017 to seek the Court's permission to file their motion for summary judgment.

4. **FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**

The parties wish to complete discovery before having a settlement conference. The parties are currently scheduled for a telephonic status conference on November 29, 2016 at 3:30 p.m. before the Honorable Judge Robert N. Chatigny.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| PLAINTIFFS,<br>ESTATE OF GUGSA ABRAHAM DABELA, deceased and ABRAHAM DABELA for the estate of Gugsa | DEFENDANTS,<br>TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA, and MICHAEL LIVINGSTON, Individually and in their Official capacities |
| BY ____/s/ Solomon M. Radner_____<br>     Solomon M. Radner (phv08140)<br><br>Excolo Law, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(248) 291-9719<br>(248) 436-6858 fax<br>sradner@excololaw.com | BY ____/s/ Thomas R. Gerarde_____<br>     Thomas R. Gerarde (ct05640)<br><br>Howd & Ludorf, LLC<br>65 Wethersfield Avenue<br>Hartford, CT  06114-1190<br>(860) 249-1361<br>(860) 249-7665 fax<br>tgerarde@hl-law.com |
| BY ____/s/ Felice M. Duffy_____<br>     Felice M. Duffy (ct21379)<br><br>Duffy Law, LLC<br>770 Chapel Street, Suite 4F<br>New Haven, CT 06510<br>(203) 946-2000<br>(203) 907-1383 fax<br>felice@duffylawct.com | BY ____/s/ Michael N. LaVelle_____<br>     Michael N. LaVelle (ct06170)<br><br>Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604<br>(203) 330-2112<br>(203) 576-8888 fax<br>mlavelle@pullcom.com |