UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELLA, ET AL | : : : : | NO.: 3:16-cv-00534-RNC |
| v. | : : | |
| TOWN OF REDDING, ET AL, | : | JUNE 29, 2017 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

**1.   STATUS OF DISCOVERY**

Discovery is ongoing.  Both parties have exchanged interrogatories and requests for production, and the defendants have complied.  Plaintiffs have objected and are in the process of providing their responses.  Defendants Ryan Alcott, Michael Livingston, and Peter Quinn have been deposed, as well as a representative for the Town of Redding. Witnesses Dick Aarons, Mark O'Donnell, Monica Moreira, Peter Swan, Leslie Swan, and Heather Robitaille also had their depositions taken.  Witness Robert Green appeared for his deposition but refused to give testimony due to privacy concerns.

The depositions of State's Attorney, Stephen Sedensky, and State Police Sergeant Mark Davidson, who conducted the criminal investigation of Gugsa Abraham Dabela's death, are scheduled for July 11, 2017 and July 12, 2017 respectively.  The depositions of Defendants Brandon Kaufman and Brittney Salafia, as well as witnesses Greg McGuiness and Chelsea Jason are scheduled for July 13, 2017.

## 2. ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY

The parties have exchanged discovery requests and provided responses.  The defendants have requested and are waiting for information and supporting documentation relating to the plaintiff's damages, investigations conducted on behalf of the plaintiff, and medical, employment, school, and probate records or authorizations.

## 3. AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED

The deadline to amend the pleadings was July 1, 2016.  An Amended Answer was filed on May 26, 2016 (Doc. #29).  The parties do not foresee any need to further amend the pleadings.

The Defendants plan to request a prefiling conference before the deadline of December 1, 2017 to seek the Court's permission to file their motion for summary judgment.

## 4. FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE

The parties wish to complete discovery before having a settlement conference. The parties are currently scheduled for a telephonic status conference on November 29, 2016 at 3:30 p.m. before the Honorable Judge Robert N. Chatigny.

RESPECTFULLY SUBMITTED:

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, deceased and ABRAHAM DABELA in his capacity as the Personal Representative of the estate of Gugsa Dabela | TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA, and MICHAEL |

| | |
|---|---|
| BY    /s/ Solomon M. Radner<br>Solomon M. Radner (phv08140)<br>Excolo Law, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(248) 291-9719<br>(248) 436-6858 fax<br>sradner@excololaw.com | LIVINGSTON, Individually and in their Official capacities<br><br>BY    /s/ Thomas R. Gerarde<br>Thomas R. Gerarde (ct05640)<br>Howd & Ludorf, LLC<br>65 Wethersfield Avenue<br>Hartford, CT  06114-1190<br>(860) 249-1361<br>(860) 249-7665 fax<br>tgerarde@hl-law.com |
| BY    /s/ Felice M. Duffy<br>Felice M. Duffy (ct21379)<br>Duffy Law, LLC<br>770 Chapel Street, Suite 4F<br>New Haven, CT 06510<br>(203) 946-2000<br>(203) 907-1383 fax<br>felice@duffylawct.com | BY    /s/ Michael N. LaVelle<br>Michael N. LaVelle (ct06170)<br>Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604<br>(203) 330-2112<br>(203) 576-8888 fax<br>mlavelle@pullcom.com |