UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : | NO.: 3:16-cv-00534-RNC |
| | : | |
| v. | : | |
| | : | |
| TOWN OF REDDING, ET AL, | : | NOVEMBER 3, 2017 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), and Local Rule of Civil Procedure 37, counsel for the defendant, Douglas Fuchs, respectfully requests that the Court enter a protective order limiting the scope of questioning at the deposition of Douglas Fuchs, or, in the alterative, if the deposition is permitted to proceed without any limitation as to the scope of the defendant's testimony, that the Court designate certain portions of the written transcript or video recording as confidential while this case remains open, except as may be required during the normal course of litigation.

DEFENDANTS,
TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA and MICHAEL LIVINGSTON, Individually and in their Official capacities

By\_\_\_*/s/ Thomas R. Gerarde*_____
   Thomas R. Gerarde
   ct05640
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  tgerarde@hl-law.com

# CERTIFICATION

This is to certify that on **November 3, 2017**, a copy of the foregoing **Motion for Protective Order** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Solomon M. Radner, Esq.
Keith Altman, Esq.
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033

Felice M. Duffy, Esq.
Duffy Law, LLC
770 Chapel Street, Suite 4F
New Haven, CT 06510

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

                                                                  */s/ Thomas R. Gerarde*
                                                                    Thomas R. Gerarde
