UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, *et al* | : : : | Case No.: 3:16-cv-00534-RNC |
| v. | : : | |
| TOWN OF REDDING, *et al*, | : | December 1, 2017 |

## STIPULATED AMENDED SCHEDULING ORDER

It is hereby stipulated by all parties in the above-captioned case that, subject to the approval of the Court, the September 14, 2017 Scheduling Order shall be amended as stated in the table below. The parties agree that the extensions of time provided for in this Stipulated Amended Scheduling Order are necessary given that the parties have been actively engaged in exchanging discovery and conducting numerous depositions and all parties require additional time to conclude same.

| Description | Current Date | New Date |
|---|---|---|
| Plaintiff's Disclosure of Expert Reports | 12/01/2017 | 03/01/2018 |
| Fact Discovery Concluded By | 1/15/2018 | 04/15/2018 |
| Defendants' Disclosure of Expert Reports | 04/15/2018 | 07/15/2018 |
| Plaintiff's Experts Deposed By: | 03/01/2018 | 06/01/2018 |
| Defendants' Experts Deposed By: | 07/15/2018 | 10/15/2018 |
| Mandatory Settlement Conference | August 2018 | November 2018 |
| Joint Trial Memorandum | 10/15/2018 | 01/15/2019 |
| Trial Ready Date | 11/15/2018 | 02/15/2019 |
| Deadline to Request Prefiling Conference Regarding Dispositive Motions | 06/01/2018 | 09/01/2018 |

All other dates, deadlines and provisions of the previous scheduling order shall remain unchanged.

SO STIPULATED.

| | | | |
|---|---|---|---|
| By: | */s/ Solomon M. Radner*<br>Solomon M. Radner (phv08140)<br>Excolo Law, PLLC<br>26700 Lasher Rd., Suite 401<br>Southfield, MI 48033<br>(866) 939-2656<br>(248) 436-6858 Fax<br>sradner@excololaw.com<br><br>*Attorney for Plaintiff* | By: | */s/ Thomas R. Gerarde*<br>Thomas R. Gerarde (ct05640)<br>Howd & Ludorf, LLC<br>65 Wethersfield Ave<br>Hartford, CT 06114<br>(860) 249-1361<br>(860) 249-7665 Fax<br>tgerarde@hl-law.com<br><br>*Attorney for Defendants Town of Redding, Douglas Fuchs, Ryan Alcott, Marc Deluca, Peter Quinn, Timothy Succi, Brandon Kaufman, Brittany Salafia and Michael Livingston* |
| | Dated: December 1, 2017 | | Dated: December 1, 2017 |

**IT IS SO ORDERED** this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT COURT JUDGE