UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : | NO.: 3:16-cv-00534-RNC |
| v. | : | |
| TOWN OF REDDING, ET AL | : | DECEMBER 28, 2017 |

### JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

**1.　STATUS OF DISCOVERY**

Discovery is ongoing. The parties are cooperating with document disclosure and depositions. Defendants Ryan Alcott, Michael Livingston, Peter Quinn, Brandon Kaufman, Brittney Salafia, Marc Deluca, Timothy Succi, and Douglas Fuchs have been deposed, as well as a representative for the Town of Redding. Witnesses Richard Aarons, Mark O'Donnell, Monica Moreira, Peter Swan, Leslie Swan, Heather Robitaille, and Chelsea Jason also had their depositions taken. Witness Robert Green appeared for his deposition but refused to give testimony due to privacy concerns, and witness Greg McGuiness did not respond to his subpoena.

The depositions of State's Attorney Stephen Sedensky, State Police Sergeant Mark Davidson, Dr. Ira Kanfer, and Dr. James Gill were also taken. During the deposition of State's Attorney Sedensky, there were a number of objections and refusals to answer. On August 11, 2017, S. A. Sedensky filed a motion for protective order (ECF # 56). The

motion has been fully briefed and the parties await the Court's ruling. How the Court rules will impact discovery with respect to S.A. Sedensky.

The Court granted the parties' joint motion for modification of the scheduling order, and the parties are on track to complete discovery within the newly scheduled deadlines.

**2.     ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY**

The parties have exchanged discovery requests and provided responses. The defendants have requested and are waiting for information and supporting documentation relating to the plaintiff's damages, investigations conducted on behalf of the plaintiff, and medical, employment, school, and probate records or authorizations.

**3.     AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED**

The deadline to amend the pleadings was July 1, 2016. An Amended Answer was filed on May 26, 2016 (Doc. #29). The parties do not foresee any need to further amend the pleadings.

The Defendants plan to request a prefiling conference before the deadline of September 1, 2018 to seek the Court's permission to file their motion for summary judgment.

**4.     FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**

The parties wish to complete discovery before having a settlement conference. Discovery is scheduled to conclude on October 15, 2018.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| PLAINTIFFS,<br>ESTATE OF GUGSA ABRAHAM DABELA, deceased and ABRAHAM DABELA for the estate of Gugsa | DEFENDANTS,<br>TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA, and MICHAEL LIVINGSTON, Individually and in their Official capacities |
| BY   */s/ Solomon Radner*<br>        Solomon M. Radner (phv08140)<br>        Keith Altman (phv08833)<br>        Excolo Law, PLLC<br>        26700 Lahser Road, Suite 401<br>        Southfield, MI 48033<br>        (248) 291-9719<br>        (248) 436-6858 fax<br>        sradner@excololaw.com<br>        kaltman@excololaw.com | BY    */s/ Thomas R. Gerarde*<br>        Thomas R. Gerarde (ct05640)<br>        Howd & Ludorf, LLC<br>        65 Wethersfield Avenue<br>        Hartford, CT  06114-1190<br>        (860) 249-1361<br>        (860) 249-7665 fax<br>        tgerarde@hl-law.com |