UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : | NO.: 3:16-CV-00534 (RNC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF REDDING, ET AL | : | JULY 2, 2018 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

**1.    STATUS OF DISCOVERY**

Discovery is ongoing. The parties are cooperating with document disclosure and depositions. Defendants Ryan Alcott, Michael Livingston, Peter Quinn, Brandon Kaufman, Brittney Salafia, Marc Deluca, Timothy Succi, and Douglas Fuchs have been deposed, as well as a representative for the Town of Redding. Witnesses Richard Aarons, Mark O'Donnell, Monica Moreira, Peter Swan, Leslie Swan, Heather Robitaille, and Chelsea Jason also had their depositions taken. Witness Robert Green appeared for his deposition but refused to give testimony due to privacy concerns, and witness Greg McGuiness did not respond to his subpoena.

The depositions of State's Attorney Stephen Sedensky, State Police Sergeant Mark Davidson, former Medical Examiner Dr. Ira Kanfer, Chief Medical Examiner Dr. James Gill, along with the decedent's sister, Albab Dabela; the decedent's father, Dr. Dabela, the plaintiff's psychological expert, Dr. Alan Berman; the plain tiff's DNA expert,

Dr. Michael Spence; and the plaintiff's police experts, Marty Bugbee and Rastrelli Salvatore. Defendants will be disclosing their experts shortly.

On March 23, 2018, the Court ruled on State's Attorney Stephen Sedensky's Motion for Protective Order (Doc. 71); on April 6, 2018, the Plaintiffs filed their objection to the Court's ruling (Doc. 73). The matter is currently pending.

The Court granted the parties' joint motion for modification of the scheduling order, and the parties are on track to complete discovery within the newly scheduled deadlines.

2. **ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY**

The parties have exchanged discovery requests and provided responses. The defendants have requested and are waiting for information and supporting documentation relating to the plaintiff's damages, investigations conducted on behalf of the plaintiff, and medical, school, and probate records or authorizations.

3. **AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED**

The deadline to amend the pleadings was July 1, 2016. An Amended Answer was filed on May 26, 2016 (Doc. #29). The parties do not foresee any need to further amend the pleadings.

The Defendants plan to request a pre-filing conference before the deadline of September 1, 2018 to seek the Court's permission to file their motion for summary judgment.

4. **FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**

The parties wish to complete discovery before having a settlement conference. Discovery is scheduled to conclude on October 15, 2018.

RESPECTFULLY SUBMITTED:

PLAINTIFFS,
ESTATE OF GUGSA ABRAHAM DABELA, deceased and ABRAHAM DABELA for the estate of Gugsa

BY ___/s/ Solomon Radner_____
    Solomon M. Radner (phv08140)
    Keith Altman (phv08833)
    Excolo Law, PLLC
    26700 Lahser Road, Suite 401
    Southfield, MI 48033

and

    Felice M. Duffy (ct21379)
    Duffy Law, LLC
    770 Chapel Street, Suite 4F
    New Haven, CT 06510

DEFENDANTS,
TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA, and MICHAEL LIVINGSTON, Individually and in their Official capacities

BY ___/s/ Thomas R. Gerarde_____
    Thomas R. Gerarde (ct05640)
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1190

and

    Michael N. LaVelle (ct06170)
    Pullman & Comley, LLC
    850 Main Street
    Bridgeport, CT 06604

## **CERTIFICATION**

This is to certify that on July 2, 2018, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                         /s/ Thomas R. Gerarde
                                                                                             Thomas R. Gerarde