Do you man

becca was all over me the other night at LY but i had to act uninterested since all the firehouse dudes were looking at me salty

**Gad Gaddy** — Monday, February 3, 2014 at 10:02am EST

i had to leave to black car which is when i called you