UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : | NO.: 3:16-CV-00534 (RNC) |
| v. | : | |
| TOWN OF REDDING, ET AL | : | January 2, 2019 |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

**1.   STATUS OF DISCOVERY**

Discovery is ongoing.  The parties are cooperating with document disclosure and depositions.  Defendants Ryan Alcott, Michael Livingston, Peter Quinn, Brandon Kaufman, Brittney Salafia, Marc Deluca, Timothy Succi, and Douglas Fuchs have been deposed, as well as a representative for the Town of Redding.  Witnesses Richard Aarons, Mark O'Donnell, Monica Moreira, Peter Swan, Leslie Swan, Heather Robitaille, and Chelsea Jason also had their depositions taken.  Witness Robert Green appeared for his deposition but refused to give testimony due to privacy concerns, and witness Greg McGuiness did not respond to his subpoena.

The depositions of State's Attorney Stephen Sedensky, State Police Sergeant Mark Davidson, former Medical Examiner Dr. Ira Kanfer, Chief Medical Examiner Dr. James Gill, along with the decedent's sister, Albab Dabela; the decedent's father, Dr. Dabela, the plaintiff's psychological expert, Dr. Alan Berman; the plain tiff's DNA expert,

Dr. Michael Spence; and the plaintiff's police experts, Marty Bugbee and Rastrelli Salvatore.  Defendants have disclosed their experts and they have been deposed.

On March 23, 2018, the Court ruled on State's Attorney Stephen Sedensky's Motion for Protective Order (Doc. 71); on April 6, 2018, the Plaintiffs filed their objection to the Court's ruling (Doc. 73).  The matter is currently pending.

The Court granted the parties' joint motion for modification of the scheduling order, and the parties are on track to complete discovery within the newly scheduled deadlines.

On October 26, 2018, Defendants filed a Motion to Quash plaintiff's subpoenas for additional DNA testing of various first responders and officers (Doc. 81); Plaintiff opposed (Doc. 85).  On December 18, 2018, Judge Martinez denied the Motion to Quash in part and granted it in part.  The parties are currently working to develop a protocol for the additional DNA testing.

**2.    ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY**

The parties have exchanged discovery requests and provided responses.  The defendants have requested and are waiting for information and supporting documentation relating to the plaintiff's damages, investigations conducted on behalf of the plaintiff, and medical, school, and probate records or authorizations.

**3.    AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED**

The deadline to amend the pleadings was July 1, 2016.  An Amended Answer was filed on May 26, 2016 (Doc. #29).  The parties do not foresee any need to further amend the pleadings.

Defendants had previously agreed to withdraw their claims as to Officer Michael Livingston, Officer Brittany Salafia, and Count One, Count Three, and Count Two and

2

Count Six insofar as they make claims under the Second Amendment of the Constitution. That withdrawal has not been filed at this time.

Defendants are preparing to file their dispositive motion on January 15, 2019.

4. **FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**

The parties attended a settlement conference on November 27, 2018 and were unable to reach an agreement.

RESPECTFULLY SUBMITTED:

| PLAINTIFFS,<br>ESTATE OF GUGSA ABRAHAM DABELA, deceased and ABRAHAM DABELA for the estate of Gugsa | DEFENDANTS,<br>TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA, and MICHAEL LIVINGSTON, Individually and in their Official capacities |
|---|---|
| BY   /s/ Solomon M. Radner<br>Solomon M. Radner (phv08140)<br>Keith Altman (phv08833)<br>Excolo Law, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033 | BY   /s/ Thomas R. Gerarde<br>Thomas R. Gerarde (ct05640)<br>Howd & Ludorf, LLC<br>65 Wethersfield Avenue<br>Hartford, CT  06114-1190 |
| and<br>Felice M. Duffy (ct21379)<br>Duffy Law, LLC<br>770 Chapel Street, Suite 4F<br>New Haven, CT 06510 | and<br>Michael N. LaVelle (ct06170)<br>Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604 |

**<u>CERTIFICATION</u>**

This is to certify that on January 2, 2019, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                         */s/ Solomon M. Radner*
                                                       Solomon M. Radner