UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : : : : : | NO.: 3:16-CV-00534 (RNC) |
| v. | : : | |
| TOWN OF REDDING, ET AL | : | OCTOBER 2, 2019 |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

**1.** **STATUS OF DISCOVERY**

Both fact and expert discovery are complete.

On March 23, 2018, the Court ruled on State's Attorney Stephen Sedensky's Motion for Protective Order (Doc. 71); on April 6, 2018, the Plaintiffs filed their objection to the Court's ruling (Doc. 73). The matter is currently pending.

On October 26, 2018, Defendants filed a Motion to Quash plaintiff's subpoenas for additional DNA testing of various first responders and officers (Doc. 81); Plaintiff opposed (Doc. 85). On December 18, 2018, Judge Martinez denied the Motion to Quash in part and granted it in part. The parties have agreed on the laboratories that will be conducting the testing and are currently working to develop a protocol for the additional DNA testing.

**2.** **ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY**

Discovery is complete at this time.

**3.     AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED**

The deadline to amend the pleadings was July 1, 2016.  An Amended Answer was filed on May 26, 2016 (Doc. #29).  The parties do not foresee any need to further amend the pleadings.

Pursuant to the Joint Stipulation for Dismissal filed January 9, 2019 (Doc. 100), Plaintiff withdrew its claims as to Officer Michael Livingston, Officer Brittany Salafia, and Count One, Count Three, and Count Two and Count Six insofar as they make claims under the Second Amendment of the Constitution.

Defendants filed their dispositive motion on February 5, 2019, which Plaintiff opposed on March 12, 2019.  Defendants' filed their reply brief on May 29, 2019 after receiving leave of the Court for an extension.  A telephone conference regarding the defendants' motion for summary judgment is scheduled for October 23, 2019 before Judge Robert N. Chatigny.

**4.     FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**

The parties attended a settlement conference on November 27, 2018 and were unable to reach an agreement.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| PLAINTIFFS,<br>ESTATE OF GUGSA ABRAHAM DABELA, deceased and ABRAHAM DABELA for the estate of Gugsa | DEFENDANTS,<br>TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA, and MICHAEL LIVINGSTON, Individually and in their Official capacities |
| BY */s/ Keith Altman*<br>    Solomon M. Radner (phv08140)<br>    Keith Altman (phv08833)<br>    Excolo Law, PLLC<br>    26700 Lahser Road, Suite 401<br>    Southfield, MI 48033<br>    (248) 291-9719<br>    sradner@excololaw.com<br>    kaltman@excololaw.com<br>and<br>    Felice M. Duffy (ct21379)<br>    Duffy Law, LLC<br>    770 Chapel Street, Suite 4F<br>    New Haven, CT 06510<br>    (203) 946-2000 | BY */s/ Katherine E. Rule*<br>    Thomas R. Gerarde (ct05640)<br>    Katherine E. Rule (ct27360)<br>    Howd & Ludorf, LLC<br>    65 Wethersfield Avenue<br>    Hartford, CT  06114-1190<br>    (860) 249-1361<br>    tgerarde@hl-law.com<br>    krule@hl-law.com<br>and<br>    Michael N. LaVelle (ct06170)<br>    Pullman & Comley, LLC<br>    850 Main Street<br>    Bridgeport, CT 06604<br>    (203) 330-2112 |

**CERTIFICATION**

This is to certify that on October 2, 2019, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Katherine E. Rule
                                               Thomas R. Gerarde
                                               Katherine E. Rule