UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : | NO.: 3:16-CV-00534 (RNC) |
| v. | : | |
| TOWN OF REDDING, ET AL | : | January 3, 2020 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

**1.  STATUS OF DISCOVERY**

Both fact and expert discovery are complete.

On March 23, 2018, the Court ruled on State's Attorney Stephen Sedensky's Motion for Protective Order (Doc. 71); on April 6, 2018, the Plaintiffs filed their objection to the Court's ruling (Doc. 73).  The matter is currently pending.

On October 26, 2018, Defendants filed a Motion to Quash plaintiff's subpoenas for additional DNA testing of various first responders and officers (Doc. 81); Plaintiff opposed (Doc. 85).  On December 18, 2018, Judge Martinez denied the Motion to Quash in part and granted it in part.  The parties have agreed on the laboratory that will be conducting the testing, have developed a protocol and a location for the additional DNA testing, and are now in the process of scheduling a date for the DNA collections.

**2.  ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY**

Discovery is complete at this time, with the exception of the DNA testing.

**3.  AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED**

The deadline to amend the pleadings was July 1, 2016. An Amended Answer was filed on May 26, 2016 (Doc. #29). The parties do not foresee any need to further amend the pleadings.

Pursuant to the Joint Stipulation for Dismissal filed January 9, 2019 (Doc. 100), Plaintiff withdrew its claims as to Officer Michael Livingston, Officer Brittany Salafia, and Count One, Count Three, and Count Two and Count Six insofar as they make claims under the Second Amendment of the Constitution.

Defendants filed their dispositive motion on February 5, 2019, which Plaintiff opposed on March 12, 2019. Defendants' filed their reply brief on May 29, 2019 after receiving leave of the Court for an extension, and oral argument was heard November 21, 2019. Plaintiff filed a notice of additional authority related to the defendants' dispositive motion on November 27, 2019, and the defendants responded on December 5, 2019. The dispositive motion is now fully briefed and the parties are awaiting the Court's rendering of an opinion on the motion.

4.  **FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**

The parties attended a settlement conference on November 27, 2018 and were unable to reach an agreement.

//
//
//
//
//

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| PLAINTIFFS,<br>ESTATE OF GUGSA ABRAHAM DABELA, deceased and ABRAHAM DABELA for the estate of Gugsa | DEFENDANTS,<br>TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA, and MICHAEL LIVINGSTON, Individually and in their Official capacities |
| BY  /s/ Solomon Radner<br>       Solomon M. Radner (phv08140)<br>       Keith Altman (phv08833)<br>       Excolo Law, PLLC<br>       26700 Lahser Road, Suite 401<br>       Southfield, MI 48033 | BY  /s/ Thomas R. Gerarde<br>       Thomas R. Gerarde (ct05640)<br>       Howd & Ludorf, LLC<br>       65 Wethersfield Avenue<br>       Hartford, CT  06114-1190 |
| and<br>       Felice M. Duffy (ct21379)<br>       Duffy Law, LLC<br>       770 Chapel Street, Suite 4F<br>       New Haven, CT 06510 | and<br>       Michael N. LaVelle (ct06170)<br>       Pullman & Comley, LLC<br>       850 Main Street<br>       Bridgeport, CT 06604 |
| Dated: January 3, 2020 | |

## CERTIFICATION

This is to certify that on January 3, 2020, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Solomon M. Radner*
Solomon M. Radner
