UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : | NO.:  3:16-CV-00534 (RNC) |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF REDDING, ET AL | : | April 3, 2020 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order regarding Case Management Plan (Doc. #31), the parties hereby submit their Joint Status Report.

## 1.    STATUS OF DISCOVERY

Both fact and expert discovery are complete.

On March 23, 2018, the Court ruled on State's Attorney Stephen Sedensky's Motion for Protective Order (Doc. 71); on April 6, 2018, the Plaintiffs filed their objection to the Court's ruling (Doc. 73).  The matter is currently still pending before the Court.

On October 26, 2018, Defendants filed a Motion to Quash plaintiff's subpoenas for additional DNA testing of various first responders and officers (Doc. 81); Plaintiff opposed (Doc. 85).  On December 18, 2018, Judge Martinez denied the Motion to Quash in part and granted it in part.  The parties agreed on the laboratory that will be conducting the testing, and to date, 8 of the 10 individuals served with subpoenas have produced their DNA samples according to the protocol agreed to by the parties. The remaining 2 individuals have agreed to produce their DNA samples.

## 2.    ANY DISCOVERY ISSUES FORESEEN BY EITHER PARTY

Discovery is complete at this time, with the exception of the completion of collecting DNA samples and the subsequent expert evaluation thereof.

3.   **AMENDMENTS TO PLEADINGS / DISPOSITIVE MOTIONS CONTEMPLATED**

The deadline to amend the pleadings was July 1, 2016.  An Amended Answer was filed on May 26, 2016 (Doc. #29).  The parties do not foresee any need to further amend the pleadings.

Pursuant to the Joint Stipulation for Dismissal filed January 9, 2019 (Doc. 100), Plaintiff withdrew its claims as to Officer Michael Livingston, Officer Brittany Salafia, and Count One, Count Three, and Count Two and Count Six insofar as they make claims under the Second Amendment of the Constitution.

Defendants filed their dispositive motion on February 5, 2019, which Plaintiff opposed on March 12, 2019.  Defendants' filed their reply brief on May 29, 2019 after receiving leave of the Court for an extension, and oral argument was heard November 21, 2019. Plaintiff filed a notice of additional authority related to the defendants' dispositive motion on November 27, 2019, and the defendants responded on December 5, 2019. The dispositive motion is now fully briefed and the parties are awaiting the Court's rendering of an opinion on the motion.

4.   **FIRST DATE ON WHICH A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**

The parties attended a settlement conference on November 27, 2018 and were unable to reach an agreement.

//

//

//

RESPECTFULLY SUBMITTED:

PLAINTIFFS,
ESTATE OF GUGSA ABRAHAM
DABELA, deceased and ABRAHAM
DABELA for the estate of Gugsa


BY ____/s/ Solomon Radner_____
      Solomon M. Radner (phv08140)
      Keith Altman (phv08833)
      Excolo Law, PLLC
      26700 Lahser Road, Suite 401
      Southfield, MI 48033

and
      Felice M. Duffy (ct21379)
      Duffy Law, LLC
      770 Chapel Street, Suite 4F
      New Haven, CT 06510


Dated: April 3, 2020

DEFENDANTS,
TOWN OF REDDING, DOUGLAS
FUCHS, RYAN ALCOTT, MARC
DELUCA, PETER QUINN, TIMOTHY
SUCCI, BRANDON KAUFMAN,
BRITTANY SALAFIA, and MICHAEL
LIVINGSTON, Individually and in their
Official capacities


BY _____/s/ Thomas R. Gerarde_____
      Thomas R. Gerarde (ct05640)
      Howd & Ludorf, LLC
      65 Wethersfield Avenue
      Hartford, CT  06114-1190

and

      Michael N. LaVelle (ct06170)
      Pullman & Comley, LLC
      850 Main Street
      Bridgeport, CT 06604

## **CERTIFICATION**

This is to certify that on April 3, 2020, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                      */s/ Solomon M. Radner*
                      Solomon M. Radner