UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : : : : : | NO.: 3:16-CV-00534 (RNC) |
| v. | : : | |
| TOWN OF REDDING, ET AL. | : | JUNE 30, 2020 |

**JOINT STIPULATION RESOLVING PLAINTIFF'S**
**MOTION FOR AN ORDER TO SHOW CAUSE [ECF # 148]**

The parties have agreed to the following resolving Plaintiff's Pending Motion for an Order to Show Cause, [ECF # 148]:

1. Georgetown volunteer firemen #G 79 and #G 54 will provide DNA buccal swab samples in compliance with the Courts Order, [ECF #98], on a mutually agreed upon date in July of 2020;

2. Georgetown volunteer firemen Preston Boyd and Gregory Zap will provide DNA buccal swab samples on a mutually agreed upon date in July of 2020;

3. Defendants pending Motion for Summary Judgment, [ECF # 106], is stayed until the results of the DNA buccal swab samples of Georgetown volunteer firemen, #G 79, #G 54, Preston Boyd, and Gregory Zap are reviewed; and

4. A ruling on Plaintiff's pending Motion for an Order to Show Cause, [ECF # 148], is no longer needed.

| | |
|---|---|
| PLAINTIFFS,<br>ESTATE OF GUGSA<br>ABRAHAM DABELA, ET AL | DEFENDANTS,<br>TOWN OF REDDING, DOUGLAS FUCHS,<br>RYAN ALCOTT, MARC DELUCA, PETER<br>QUINN, TIMOTHY SUCCI, BRANDON<br>KAUFMAN, BRITTANY SALAFIA and<br>MICHAEL LIVINGSTON, Individually and<br>in their Official capacities |
| By____/s/ *Solomon M. Radner*<br>  Solomon M. Radner<br>  phv08140<br>  Excolo Law, PLLC<br>  2670 Lahser Road, Ste 401<br>  Southfield, MI 48033<br>  (866) 939-2656<br>  E-Mail:  sradner@excololaw.com | By____/s/ *Thomas R. Gerarde*<br>  Thomas R. Gerarde<br>  ct05640<br>  Howd & Ludorf, LLC<br>  65 Wethersfield Avenue<br>  Hartford, CT  06114<br>  (860) 249-1361<br>  (860) 249-7665 (Fax)<br>  E-Mail:  tgerarde@hl-law.com |

## **CERTIFICATION**

This is to certify that on June 30, 2020, a copy of the foregoing Joint Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Solomon M. Radner, Esq.
Keith Altman, Esq.
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI  48033

Felice M. Duffy, Esq.
Duffy Law, LLC
770 Chapel Street, Suite 4F
New Haven, CT  06510

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

                                            ____*/s/ Thomas R. Gerarde*_____
                                                       Thomas R. Gerarde