UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA, ET AL | : : : : : | NO.: 3:16-CV-00534 (RNC) |
| v. | : : | |
| TOWN OF REDDING, ET AL. | : | JUNE 9, 2021 |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated May 26, 2021 (Doc. #165), the parties hereby submit the following:

1. Georgetown volunteer firemen #G 79, #G 54, Preston Boyd, and Gregory Zap provided DNA buccal swab samples in July of 2020;

2. All of the individuals who were served with a subpoena have produced their DNA samples pursuant to the parties agreed upon protocol; and

3. All of the DNA samples have been tested and there were no findings that change any of the previous submissions to the Court.

| | |
|---|---|
| PLAINTIFFS,<br>ESTATE OF GUGSA<br>ABRAHAM DABELA, ET AL | DEFENDANTS,<br>TOWN OF REDDING, DOUGLAS FUCHS, RYAN ALCOTT, MARC DELUCA, PETER QUINN, TIMOTHY SUCCI, BRANDON KAUFMAN, BRITTANY SALAFIA and MICHAEL LIVINGSTON, Individually and in their Official capacities |
| By   */s/ Keith Altman*<br>   Keith Altman<br>   phv08843<br>   Excolo Law, PLLC<br>   2670 Lahser Road, Ste 401<br>   Southfield, MI 48033<br>   (866) 939-2656<br>   E-Mail:  kaltman@lawampmmt.com | By   */s/ Thomas R. Gerarde*<br>   Thomas R. Gerarde<br>   ct05640<br>   Howd & Ludorf, LLC<br>   65 Wethersfield Avenue<br>   Hartford, CT  06114<br>   (860) 249-1361<br>   (860) 249-7665 (Fax)<br>   E-Mail: tgerarde@hl-law.com |

**CERTIFICATION**

      This is to certify that on June 9, 2021, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Solomon M. Radner, Esq.
Keith Altman, Esq.
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI  48033

Felice M. Duffy, Esq.
Duffy Law, LLC
770 Chapel Street, Suite 4F
New Haven, CT  06510

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

                                                  /s/ Thomas R. Gerarde
                                                     Thomas R. Gerarde