# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF GUGSA ABRAHAM DABELLA, et al. | Case No. 3:16-CV-00534-RNC |
| | Hon. Robert N. Chatigny |
| Plaintiff, | |
| v. | |
| TOWN OF REDDING, et al., | |
| Defendants. | |

## STATUS REPORT

Plaintiffs, by and through their attorney of record, The Law Office of Keith Altman, submits this Status Report pursuant to this Court's October 20, 2021, Order (ECF 173).

1. On August 3, 2021, Plaintiff's filed a Motion Requesting Emergency Continuance (ECF 171) related to Keith Altman's health condition that had required his hospitalization.

2. On August 4, 2021, this Court denied the August 3, 2021, motion (ECF 172) as moot given the Joint Status Report dated June 9, 2021 (ECF 170).

3. The health status of Plaintiffs' counsel, Keith Altman, has worsened since August 2021. Mr. Altman continues to suffer from serious health problems that substantially impact his vision. This condition has worsened since the last update to the point that reading is now a challenge. Accommodations are underway.

4. The Parties presently await the Court's ruling on two items.

   a. Defendants' Motion for Summary Judgment (ECF 106), filed February 04, 2019.

   b. The Magistrate Judge's evidentiary ruling.

5. It is anticipated that Mr. Altman will be limited in his ability to litigate this case until accommodations to aid with the sudden onset of blindness are in place.

6. Due to Mr. Altman's current health challenge, Plaintiffs respectfully reassert their request that this Court postpone all conferences, hearings, and trial dates as well as extending

deadlines for discovery and all other pre-trial deadlines until early 2022.

Dated: November 3, 2021

Respectfully Submitted,

/s/ Keith Altman\_\_\_\_\_
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I served the foregoing document on all Defendants of record via electronic filing:

/s/ Keith Altman
The Law Office of Keith Altman
*Attorney for Plaintiff*