# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF GUGSA ABRAHAM DABELLA, et al.<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF REDDING, et al.,<br><br>Defendants. | Case No. 3:16-CV-00534-RNC<br><br>Hon. Robert N. Chatigny |

## STATUS REPORT

Plaintiffs, by and through their attorney of record, the Law Office of Keith Altman, submits this Status Report pursuant to this Court's March 8, 2022, Order (ECF 175).

1. The health status of Plaintiffs' counsel, Keith Altman, has slowly improved since the last Status Report, filed November 3, 2021 (ECF 174). Accommodations are still underway. However, while Attorney Altman is now legally blind – a now permanent condition

– he has resumed his legal practice given the kindness of the Courts and parties in his various cases allowing him accommodations, such as additional time to meet briefing and discovery demands.

2. At this time, the Parties in this case await the Court's ruling on two items.

   a. Defendants' Motion for Summary Judgment (ECF 106), filed February 04, 2019.

   b. The Magistrate Judge's evidentiary ruling.

3. It is Attorney Altman's hope that, despite the possibility of needing some accommodations, this case will again move forward once the rulings mentioned in Item 2 above have been issued and as this Court finds appropriate.

Dated: March 10, 2022     Respectfully Submitted,

/s/ Keith Altman_____
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I served the foregoing Status Report on all Defendants of record via electronic filing.

/s/ Keith Altman
The Law Office of Keith Altman
*Attorney for Plaintiff*