# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ESTATE OF GUGSA ABRAHAM
DABELLA, et al.

                   Plaintiff,

v.

TOWN OF REDDING, et al.,

            Defendants.

Case No. 3:16-CV-00534-RNC

Hon. Robert N. Chatigny

---

## JOINT REQUEST FOR STATUS CONFERENCE
---

Plaintiffs, by and through their attorney of record, the Law Office of Keith Altman, and Defendants, by and through their attorney of record, Thomas Gerarde, jointly request a status conference as to the following outstanding matters, and to see if the Court requires additional information from the parties to render a decision.

1. At this time, the Parties in this case await the Court's ruling on two items.

a. Defendants' Motion for Summary Judgment (ECF 106), filed February 04, 2019.

b. The Magistrate Judge's evidentiary ruling.

Respectfully Submitted,

/s/ Keith Altman
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

/s/ Thomas R. Gerarde
Thomas R. Gerarde, Esq.
Howd & Ludorf, LLC
100 Great Meadow Road, Suite 201
Wethersfield, Connecticut  06109
Telephone:  (860) 249-1361
tgerarde@HL-LAW.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I served the foregoing Joint Request for Status Conference on all Defendants of record via electronic filing.

/s/ Keith Altman
The Law Office of Keith Altman
*Attorney for Plaintiff*

**JOINT REQUEST FOR STATUS CONFERENCE** - 2 -          **CASE NO. 3:16-CV-00534-RNC**