UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF GUGSA ABRAHAM DABELA et al., <br> *Plaintiffs,* | : <br> : <br> : <br> : | Case No.: 3:16-cv-00534-RNC |
| vs. | : <br> : | |
| TOWN OF REDDING et al., <br> *Defendants.* | : <br> : <br> : | June 28, 2024 |

## MOTION TO WITHDRAW APPEARANCE OF PAUL F. THOMAS

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure and Rule 1(C) of the Local Rules of Criminal Procedure, the undersigned moves for leave to withdraw his appearance as counsel for plaintiffs Estate of Gugsa Abraham Dabela and Abraham Dabela, personal representative of the Estate of Gugsa Dabela, in the above-captioned case. In support of this motion, counsel states:

1. Undersigned counsel filed a Notice of Appearance on November 5, 2018 (Doc. #84).

2. Attorney Felice M. Duffy filed a Motion for Attorney Keith Altman to be admitted *pro hac vice* on March 9, 2017 (Doc. #42).

3. The Court granted the motion for admission on March 9, 2017 (Doc. #44).

4. Attorney Altman filed a Notice of Appearance on March 10, 2017 (Doc. #45).

5. Attorney Altman has been fully admitted to the bar for the District of Connecticut since his pro hac vice appearance in this case.

6. Attorney Altman conferred with the Estate of Gugsa Dabela, and they do not object to undersigned counsel withdrawing his appearance.

1

7. For the foregoing reasons, undersigned counsel respectfully requests that his appearance in this matter be withdrawn.

**WHEREFORE,** counsel for Plaintiffs hereby moves for the appearance of Paul F. Thomas be withdrawn in the above-captioned matter.

                                        Respectfully submitted,

                                        PLAINTIFFS
                                        Estate of Gugsa Abraham Dabela, et al.

                                        By: /s/ *Paul F. Thomas*
                                        Federal Bar No. ct01724
                                        Duffy Law, LLC
                                        67 Trumbull Street
                                        New Haven, CT 06510
                                        Telephone: (203) 946-2000
                                        Facsimile: (203) 907-1383
                                        paul@duffylawct.com