# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF GUGSA ABRAHAM DABELLA, et al._____Plaintiff, | Case No. 3:16-CV-00534-RNC<br><br>Hon. Robert N. Chatigny |
| v. | |
| TOWN OF REDDING, et al.,<br><br>Defendants. | |

## STIPULATED BRIEFING SCHEDULE

The parties, by and through their counsel of record, following the status conference on October 15, 2024, stipulate to the following briefing schedule concerning the Court's tentative ruling on the defendants' Motion for Summary Judgment.

1. The simultaneous initial briefing shall be 15 pages or less, and filed on January 10, 2025.

2. The simultaneous responsive briefs, no longer than 8 pages in length, shall be filed on February 10, 2025.

3. All briefing shall be limited to the three points Judge Chatigny requested during the October 15, 2024, telephonic conference.

Dated: October 24, 2024                Respectfully Submitted,

/s/ Keith Altman
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

*/s/Thomas R. Gerarde*
Thomas R. Gerarde, Esq.
Howd & Ludorf, LLC
100 Great Meadow Road, Suite 201
Wethersfield, Connecticut  06109
Telephone:  (860) 249-1361
tgerarde@HL-LAW.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I served the foregoing Stipulated Briefing Schedule on all Defendants of record via electronic filing.

/s/ Keith Altman
The Law Office of Keith Altman
*Attorney for Plaintiff*
